IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF THE STATE OF ALASKA

FLOSSIE MONGOYAK,

    Plaintiff,

vs.

United States of America

    Defendant.

Case No.: _____

## COMPLAINT FOR DAMAGES

The plaintiff, Flossie Mongoyak, complains and alleges the following:

1. The plaintiff is a resident of Barrow, Alaska in the United States, DOB: 11/3/58

2. The plaintiff is an Alaska Native, as defined by the Bureau of Indian Affiars and the Indian Health Service

3. The plaintiff, on or about March 19th, 2007 was injured during a dental procedure at Samuel Simmonds Memorial Hospital, which is located in Barrow, Alaska

4. The plaintiff's submandibular glands were negligently lacerated causing pain, abscesses, swelling, shooting pains, difficulty breathing, and a heavy saliva build up.

5. The plaintiff continued going to the dental clinic and to the main hospital to deal with the injuries, discomfort and pain and the hospital eventually disregarded her complaints.

6. No dental or hospital personnel informed the plaintiff that her injury was anything other than a common event or risk associated with a dental procedure

7. The plaintiff sought assistance for getting continued medical treatment for her injuries

Mongoyak vs US Complaint for Damages
Page 1

from attorneys, who informed her of a the possibility of an action of negligence, or medical malpractice against the defendant on January 9th, 2009.

8. That, as a condition precedent, the plaintiff filed a complaint with the US Dept. of Health

9. That claim was denied on December 18th, 2009.

10. That the defendant's run and operate Samuel Simmonds Memorial Hospital through the US Dept. of Health, the BIA, and the Indian Health Service

11. That the defendant's owed a duty to the plaintiff to treat and evaluate her with the requisite knowledge, care and skill ordinarily exercised by the average treating dentist and physician.

12. That the defendant breached that duty when Dr. Dan Detolla lacerated her submandibular gland.

13. That the defendant breached that duty when the medical staff of SSMH refused to continue her treatment for the pain caused by the injury.

14. That the injuries described in paragraph 4 were a direct result of both breaches

15. That as a result of the plaintiff's injuries she:

    1) suffered conscious pain and suffering in the past and will suffer conscious pain and suffering into the future,

    2) incurred past and future lost wages,

    3) suffered loss of earning capacity in the past and into the future,

    4) suffered loss of household services in the past and into the future,

    5) incurred medical expenses in the past and will incur future medical expenses,

    6) suffered mental anguish,

Mongoyak vs US Complaint for Damages
Page 2

7) suffered permanent physical injuries, and

8) was required to undergo additional medical procedures and has sustained other damages.

16. That the plaintiff did not assume the risk of her injuries

17. That Dr. Detolla was acting within the scope of his duties at SSMH and, at the time, was employed by Samuel Simmonds Memorial Hospital and Dental Clinic.

18. That the subsequent refusals to treat the plaintiff's injuries were by SSMH staff acting within the scope of their duties.

19. That both counts of negligence constitute medical malpractice under Alaskan common law

20. The defendant, through the BIA, IHS, and SSMH has a non-delegable duty to treat the plaintiff, which they failed to do

PRAYER FOR RELIEF

WHEREFORE, plaintiff requests the following relief from this court:

A. For damages for the plaintiff in an amount to be determined at trial but approximately $425,000.00

B. For costs, interest, and attorney fees in bringing this action; and

C. For trial by jury

D. For any such other relief the Court considers fair and just

Dated This 17th of May, 2010

_____
Robert Campbell
Ak bar# 0705016

Mongoyak vs US Complaint for Damages
Page 3