**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

FLOSSIE MONGOYAK,
    Plaintiff,

Case Number 4:10-cv-00018 RRB

v.

UNITED STATES OF AMERICA,
    Defendant.    **JUDGMENT IN A CIVIL CASE**

\_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_x_ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT Plaintiff's complaint is dismissed as barred by the jurisdictional statute of limitations in 28 U.S.C. §2401(b).

APPROVED:

S/RALPH R. BEISTLINE

United States District Judge

_____
Date: November 29, 2010

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Marvel Hansbraugh,
Clerk of Court

[]{JMT2.WPT*Rev.3/03}